UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU, | ) ) ) 08 CV 0042 ) ) Case No. 2008 Civ. |
| Petitioner, | ) |
| | ) **RULE 7.1 STATEMENT** |
| and | ) ) |
| PALADIN REINSURANCE CORPORATION, | ) ) |
| Respondent. | ) ) |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Petitioner Employers Insurance Company of Wausau (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: January 3, 2008

_____
Signature of Attorney

Attorney Bar Code: GG-6032

421-8190\Rule 7.1 Statement.wpd