STATE OF NEW YORK
INSURANCE DEPARTMENT
One Commerce Plaza
Albany, NY 12257

STATE OF NEW YORK
District Court, Southern District of New York

................................................................................

Employers Insurance Company of Wausau                                08 CV 0042
                     against                    Petitioner(s)
Paladin Reinsurance Corporation
                                                Defendant(s)

................................................................................

RE : Paladin Reinsurance Corporation

Attorney for Petitioner(s) and Defendant please take notice as follows:

Sirs :
Attorney for Petitioner(s) is hereby advised of acknowledgement of service upon me of Summons and Petition, etc. in the above entitled action on January 9, 2008 at New York, New York. The $40 fee is also acknowledged.

Original to Attorney for Petitioner(s) :

   Rubin, Fiorella & Friedman LLP
   Attorneys at Law
   292 Madison Avenue
   New York, New York 10017

Pursuant to the requirement of section 1212 of the Insurance Law, Defendant is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant :

   Phil Davies, President
   Paladin Reinsurance Corporation
   120 Broadway
   New York, New York 10271

*Clark J. Williams* (signature)

by Clark J. Williams
Special Deputy Superintendent

Dated Albany, New York, January 10, 2008
425748        C.A.#189219